IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America,            )
ex rel Terrel Bell #B17431,[1]       )
                                     )
            Plaintiff,               )
                                     )
        v.                           )   No. 09 C 7616
                                     )
Gregory Schwartz, Warden,            )
                                     )
            Defendant.               )

MEMORANDUM ORDER

Terrel Bell ("Bell") has submitted a 45 page filing -- comprising a Petition for Habeas Corpus Relief ("Petition") and attached exhibits -- in which he complains about the conduct of his criminal proceedings held in the Circuit Court of Cook County. But Bell is in custody at the Pinkneyville Correctional Center, located in the Southern District of Illinois rather than this Northern District, and Rumsfield v. Padilla, 542 U.S. 426 (2004) has held (1) that his custodian (here Warden Gregory Schwartz) is the only proper respondent and (2) that his custodial situs is the only one that has jurisdiction

Accordingly this Court sua sponte orders the Petition and this action to be transferred to the United States District Court for the Southern District of Illinois, and the Clerk's Office is

---

[1] It is unclear whether the petitioner's first name is spelled Terrel (the version he has typed in the caption and the body of the Petition) or Terrell (his handwritten spelling, and also the spelling employed in his short forwarding letter to the Clerk of Court).

ordered to transmit Bell's Petition to that District Court. Because Bell has tendered only his original Petition to the Clerk's Office, he has failed to provide the copies required for service of process and for the chambers file of the transferee judge -- but this Court leaves it to the transferee judge to determine what more (if anything) should be required of Bell in those respects.

_____
Milton I. Shadur
Senior United States District Judge

Date:    December 10, 2009